# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED NGUGI,<br><br>                  Petitioner,<br><br>        v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>               Respondents. | Civil No.   08cv1259-BEN (LSP)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AS MOOT** |

      Petitioner, a Department of Homeland Security detainee proceeding pro se, has paid the $5.00 filing fee and has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. He has also filed a request to proceed in forma pauperis.

      Because Petitioner has paid the requisite filing fee, the Court **DENIES** the request to proceed in forma pauperis without prejudice as moot. The Court will consider Petitioner's financial information in connection to his motion for appointment of counsel.

      **IT IS SO ORDERED.**

CC:      ALL PARTIES
DATED: July 23, 2008

_____
Hon. Roger T. Benitez
United States District Judge